Andrew F. McNickle, Appellant, v. Bridget Delaney and Nora Harty, Respondents.— Motion denied, without costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Charles Mead and John Lundy, Appellants, v. Isaac W. Turner, as President of the Village of Mount Kisco, The City of New York and Others, Respondents. — Motion to dismiss appeal from order permitting city of New York to intervene granted, with ten dollars costs.  Motion to dismiss appeal from judgment denied, on condition that the appellants perfect their appeal and put the case upon the next calendar of this court; otherwise, motion granted, with ten dollars costs.   Motion to postpone the argument of preceding motion denied, without costs.   Motion for stay of judgment granted.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.   Settle orders before Mr. Justice Burr.

The Ministers, Elders and Deacons of the First Reformed Protestant Church of Nyack, New York, Appellants, v. Erskine J. S. Van Houten and Others, Respondents.— Motion denied, with ten dollars costs.  Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Charity C. Mould, Appellant, v. Helen A. Wilcox, Respondent.— Motion denied, with ten dollars costs.  Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Neal & Brinker Company, Appellant, v. Harry D. Wheelock, Respondent.— Motion denied, with ten dollars costs.  Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Pauline Nicoll, Respondent, v. Samuel Deitchman, Appellant.— Motion denied on condition that the appellant perfect his appeal and put the case upon the next calendar of this court, otherwise motion granted, with ten dollars costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Rudolph Oelsner, Respondent, v. Nassau Light and Power Company, Appellant.— Motion denied, with ten dollars costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

The People of the State of New York ex rel. James J. Rooney, Relator, v. Theodore A. Bingham, as Police Commissioner of the Police Department of the City of New York, Respondent.— Motion for reargument denied, with ten dollars costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Queens County Water Company, Appellant, v. John H. O'Brien, Commissioner of Water Supply, Gas and Electricity of the City of New York, and Others, Respondents.— Motion to dismiss appeal denied, with ten dollars costs.   Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Edward P. Reehil and James P. Reehil, as Executors, etc., of Edward Reehil, Deceased, Appellants, v. John F. Fraas, Respondent.— Motion granted, without costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.   Settle order before Mr. Justice Burr.

Albert W. Sanbern, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of New York City Railway Company, Appellants.— Motion denied, without costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.